UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEVELDER,<br><br>            Plaintiff,<br><br>   v.<br><br>J. HIRSCHLER,<br><br>            Defendant. | No. 2:09-cv-01803 EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Defendant seeks a 21-day extension of time to respond to the complaint.  ECF No. 41.  Defense counsel declares that he did not receive the matter until March 11, 2015 and has not yet had an opportunity to speak with defendant Hirschler.  *Id.*

The motion for extension of time (ECF No. 41) is granted.  Defendant shall file his response to the complaint on or before April 3, 2015.

So ordered.

Dated:  March 16, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE