UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. DEVELDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. HIRSHLER, et al.,<br><br>　　　　　Defendants. | No. 2:09-cv-1803-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a second extension of time to file his opposition to defendant's motion for summary judgment.

Plaintiff's request (ECF No. 87) is granted and plaintiff has 30 days from the date this order is served to file his opposition.

So ordered.

Dated: June 21, 2017.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE