UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEVELDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. HIRSHLER, et al.,<br><br>　　　　Defendants. | No. 2:09-cv-1803-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the September 5, 2017 findings and recommendations.

Plaintiff's request (ECF No. 94) is granted and plaintiff has 30 days from the date this order is served to file his objections.

So ordered.

Dated: September 26, 2017.

　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE